
Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| J.W., by and through her parent and legal guardian, Latasha Tolbert, and individually M.D., by and through her grandparent and guardian, Vanessa Boyd, and individually, A.I, by and through her parents and guardians, Catrice Ingram and Miguel Jones, and individually, | Civil File No. 12-1369 (DWF/JSM) |
| Plaintiffs, | **INDEX OF EXHIBITS FOR PLAINTIFFS' MOTION TO COMPEL** |
| v. | |
| Saint Paul Public Schools Independent School District No. 625, Saint Paul Public Schools Board of Education, Jayne Ropella, individually and in her representative capacity as Principal, and Timothy M. Olmsted, individually and in his representative capacity as a teacher | |
| Defendants. | |

| | |
|---|---|
| Exhibit No. 1 | Investigative Notes for Tim Olmsted (*Redacted* SPPS 00114- 00119). |
| Exhibit No. 2 | Privilege Log - 31 January 2012 - 2 July 2012. |
| Exhibit No. 3 | Notice of Filing Notice of Removal - 7 June 2012 |
| Exhibit No. 4 | Corresp. from Kane re: Service of Amended Complaint and Discovery Requests - 16 May 2012. |
| Exhibit No. 5 | Defendant Saint Paul Public School's and Jayne Ropella's Answers to Plaintiffs Interrogatories and Request for Production of Documents - 26 July 2012. |
| Exhibit No. 6 | Corresp. from Bazis re: verification of answers - 31 July 2012. |
| Exhibit No. 7 | Corresp. from Bazis re: Supplemental Document Production. |
| Exhibit No. 8 | Visitor Logs |



alk Throughs"

Exhibit No. 10  E-corresp. from Kane to Bazis

Exhibit No. 11  Olmsted's Disciplinary Records

Exhibit No. 12  2001 Board Meeting Minutes.