UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| J.W., by and through her parent and legal guardian, Latasha Tolbert, and individually M.D., by and through her grandparent and guardian, Vanessa Boyd, and individually, A.I., by and through her parents and guardians, Catrice Ingram and Miguel Jones, and individually,<br><br>                Plaintiffs,<br><br>v.<br><br>Saint Paul Public Schools Independent School District No. 625, Saint Paul Public Schools Board of Education, Jayne Ropella, individually, and in her representative capacity as Principal, and Timothy M. Olmsted, individually and in his representative capacity as a teacher,<br><br>                Defendants. | Case No. 12-CV-1369 (DWF/JSM)<br><br><br><br><br><br><br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by the above-named parties, through their respective counsel, that:

    1.    Plaintiffs' claims under the Minnesota Human Rights Act (Minn. Stat. ch. 363A), Count One of Plaintiffs' Amended Complaint, are dismissed with prejudice as to Defendant Timothy M. Olmsted, with each party to bear their own costs and attorneys' fees on this claim;

    2.    Plaintiffs' state law punitive damage claims are dismissed without prejudice as to all Defendants, consistent with Minn. Stat. § 549.191;

348769.1

3.    Plaintiffs' punitive damage claims under Section 1983 against Saint Paul Public Schools Independent School District No. 625 and Saint Paul Public Schools Board of Education are dismissed with prejudice; and

4.    Plaintiffs' official capacity claims against Jayne Ropella are dismissed with prejudice.

The parties respectfully request that the Court enter the accompanying proposed order.

Dated: October 30, 2102            THE LAW FIRM OF STEPHEN L. SMITH, PLLC

                                          BY:    s/Stephen L. Smith
                                                Stephen L. Smith (#190445)
                                                700 Lumbar Exchange Building
                                                10 South Fifth Street
                                                Minneapolis, MN 55402-4218
                                                (612) 305-4355
                                                smith@trial-advocate.com

                                                THE LAW FIRM OF SELLANO L. SIMMONS, PLLC
                                                Sellano L. Simmons, #0387026
                                                700 Lumber Exchange Building
                                                10 South Fifth Street
                                                Minneapolis, MN 55402-4218
                                                ( 612) 305-4354
                                                slsimmons@slsimmonslaw.com

                                                *Attorneys for Plaintiffs*

Dated: October 31, 2012	GREENE ESPEL PLLP

	BY:   s/Sybil L. Dunlop
	Jeanette M. Bazis, Reg. No. 255646
	Bethany D. Krueger, Reg. No. 306368
	Sybil L. Dunlop, Reg. No. 0390186
	222 South Ninth Street, Suite 2200
	Minneapolis, MN 55402
	(612) 373-0830
	jbazis@greeneespel.com
	bkrueger@greeneespel.com
	sdunlop@greeneespel.com

	*Attorneys for Defendants Saint Paul Public Schools Independent School District No. 625, Saint Paul Public Schools Board of Education, and Jayne Ropella*

Dated: October 29, 2012	FELHABER LARSON FENLON &VOGT, PA

	BY:   s/David L. Hashmall
	David L. Hashmall (#138162)
	Matthew D. Schwandt (#390499)
	220 S 6th Street, Suite 2200
	Minneapolis, MN 55402-4504
	( 612) 373-8518
	dhashmall@felhaber.com
	mschwandt@felhaber.com

	*Attorneys for Timothy M. Olmsted*