**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| J.W., by and through her parent and legal guardian, Latasha Tolbert, and individually; M.D., by and through her grandparent and guardian, Vanessa Boyd, and individually; and A.I., by and through her parents and guardians, Catrice Ingram and Miguel Jones, and individually, | Civil No. 12-1369 (DWF/JSM) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Saint Paul Public Schools Independent School District No. 625; Saint Paul Public Schools Board of Education; Jayne Ropella, individually and in her representative capacity as Principal;, and Timothy M. Olmsted, individually and in her representative capacity as a teacher, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 23, 2013. No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

# ORDER

1. Magistrate Judge Janie S. Mayeron's Report and Recommendation (Doc. No. [82]) is **ADOPTED**.

2. Petitioner Margaret O'Sullivan Kane's Petition for Attorney's Fees and Costs (Doc. No. [70]) is **GRANTED** in part and **DENIED** in part, and Attorney Kane is entitled to attorney fees and costs in the amount of $37,627.50.

3. To the extent necessary for Kane to collect these fees and costs, her attorney's lien is considered perfected in the amount of $37,627.50.

Dated: September 13, 2013         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge